FILED

2008 JUL 30 PM 12: 34

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____KMH_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury '08 CR 2524 JLS

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | **I N D I C T M E N T** |
| v. | ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| ISMAEL LOPEZ-PINEDA, | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about June 16, 2008, within the Southern District of California, defendant ISMAEL LOPEZ-PINEDA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//
//

JPME:em:San Diego
7/28/08

It is further alleged that defendant ISMAEL LOPEZ-PINEDA was removed from the United States subsequent to June 30, 2005.

DATED: July 30, 2008.

A TRUE BILL:

*(signature)*
Foreperson

KAREN P. HEWITT
United States Attorney

By: *(signature)*

JAMES P. MELENDRES
Assistant U.S. Attorney